United States District Court
Southern District of Texas
**ENTERED**
April 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YUCOB RYLANDER, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-04260 |
| | § | |
| THE KROGER CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 21, 2023, Plaintiff's Motion for Default Judgment (Dkt. 7) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 22. Judge Edison filed a Memorandum and Recommendation on March 22, 2023, recommending that Plaintiff's Motion for Default Judgment (Dkt. 7) be **DENIED**. *See* Dkt. 23.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Default Judgment (Dkt. 7) is **DENIED**.

2

It is so **ORDERED**.

SIGNED and ENTERED this 10th day of April 2023.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE