United States Courts
Southern District of Texas
FILED
October 03, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

No. 24-20108
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
August 15, 2024
Lyle W. Cayce
Clerk

Yucob Rylander,

*Plaintiff—Appellant,*

*versus*

Kroger Company; Kroger Texas, L.P.; Ivonne Allen,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-4260
_____

Before Davis, Stewart, and Southwick, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion

No. 24-20108

for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

Certified as a true copy and issued
as the mandate on Oct 03, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 03, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 24-20108    Rylander v. Kroger Company
                       USDC No. 4:22-CV-4260

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Angelique B. Tardie, Deputy Clerk
                              504-310-7715

cc:
      Mr. David Leslie Barron
      Mr. Yucob Rylander
      Ms. Nicole Elizabeth Su